# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

LUIS ALONSO DIAZ,

    Petitioner,

vs.

    CIVIL ACTION NO.: CV213-044

STATE OF TEXAS,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Luis Alonso Diaz ("Diaz") asserts that his 28 U.S.C. § 2241 petition "primarily attacks his prior State of Texas conviction" but references his current federal convictions and sentence. (Doc. No. 7, p. 2). Diaz also contends that his Texas conviction was used to enhance his federal sentence.

Diaz first raises these assertions in his Objections to the Magistrate Judge's Report and Recommendation. This Court's usual practice is not to entertain assertions made for the first time in Objections. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009). Even if the Court were to consider Diaz's assertions, he is not entitled to his requested relief. A review of Diaz's petition makes it abundantly clear that he is challenging his 1991 State of Texas conviction and only that conviction. Diaz's challenge to his state conviction is over twenty (20) years too late. 28 U.S.C. §

2244(d)(1). In addition, while Diaz's state conviction may have been utilized to determine his sentencing range, there is nothing before the Court indicating that this state conviction was used to enhance his federal sentence. This Court lacks jurisdiction to entertain the merits of Diaz's petition.

Diaz's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Diaz's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2nd day of July, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)